UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60584-Civ-Dimitrouleas/Snow

JEFFREY D. BIANCHI,

     Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC,

     Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved certain matters in controversy, the parties jointly stipulate to a Dismissal of Plaintiff's claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act with prejudice and a dismissal of Plaintiff's claims under the Telephone Consumer Protection Act without prejudice with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Ernest H. Kohlmyer, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | South Milhausen, P.A. |
| Fort Lauderdale, Florida  33339 | Gateway Center, Suite 1200 |
| Telephone: 954-537-2000 | 1000 Legion Place |
| Facsimile: 954-566-2235 | Orlando, FL 32801 |
| | Telephone: 407-539-1638 |
| | Facsimile: 407-539-2679 |

By:  /s/ Donald A. Yarbrough       By: /s/ Ernest H. Kohlmyer
Donald A. Yarbrough, Esq.          Ernest H. Kohlmyer, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60584-Civ-Dimitrouleas/Snow

JEFFREY D. BIANCHI,

      Plaintiff,

v.

CREDITORS FINANCIAL GROUP, LLC,

      Defendant.

_____/

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>December 13, 2010 </u>I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

### SERVICE LIST

Mr. Ernest H. Kohlmyer, III, Esq.
South Milhausen, P.A.
Gateway Center, Suite 1200
1000 Legion Place
Orlando, FL 32801
Telephone: 407-539-1638
Facsimile: 407-539-2679

<u>Via Notices of Electronic Filing generated by CM/ECF</u>