UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-60584-Civ-Dimitrouleas/Snow

JEFFREY D. BIANCHI,

    Plaintiff,
v.

CREDITORS FINANCIAL GROUP, LLC,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Stipulation for Joint Dismissal [DE 10], filed herein on December 13, 2010.  The Court has been advised that certain claims and causes of action between or among the parties have been amicably resolved, it is hereby,

**ORDERED AND ADJUDGED** that Plaintiff's claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act are **dismissed with prejudice** and Plaintiff's claims under the Telephone Consumer Protection Act are **dismissed without prejudice** with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

All pending motions are denied as moot.  The Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 14th day of December, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:    All Counsel of Record